HEATHER E. WILLIAMS, #122664
Federal Defender
JANET BATEMAN, #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JOSEPH ATTAWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:15-cr-00272 DAD-BAM-3 |
| *Plaintiff,* | **AMENDED** STIPULATION TO MODIFY DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE;   ORDER |
| vs. | |
| JOSEPH ATTAWAY, | Judge: Hon. Barbara A. McAuliffe |
| *Defendant.* | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, MELANIE L. ALSWORTH, Assistant United States Attorney, attorney for the plaintiff, and JANET BATEMAN, Assistant Federal Defender, attorney for defendant, JOSEPH ATTAWAY, that the conditions of his pretrial release in the above-captioned case may be amended to reflect that Mr. Attaway's conditions may be modified.

The following condition should be removed:

1. The following previously ordered condition of pretrial release shall be vacated: You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; **HOME INCARCERATION:** You shall remain inside your residence at all times except for medical needs or treatment; religious services; and court appearances pre-approved by the pretrial services officer;

The following condition should be added in its place:

1. You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; **HOME DETENTION:** You shall remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer;

All other terms and conditions of probation previously imposed shall remain the same.

Mr. Attaway's Pretrial Services Officer, Ryan Beckwith, is in agreement with the proposed changes.

Dated: February 26, 2016         Respectfuly submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                          By:    /s/ *Melanie L. Alsworth*
                                 MELANIE L. ALSWORTH
                                 Assistant U.S. Attorney
                                 Attorneys for Plaintiff

Dated: February 26, 2016         HEATHER E. WILLIAMS
                                 Federal Defender

                          By:    /s/ Janet Bateman
                                 JANET BATEMAN
                                 Assistant Federal Defender
                                 Attorneys for Defendant
                                 JOSEPH ATTAWAY

**O R D E R**

The modification of pretrial release set forth in this stipulation IS HEREBY APPROVED.

IT IS SO ORDERED.

Dated:   **March 1, 2016**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE