1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  JANET BATEMAN, #241210
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  JOSEPH ATTAWAY

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case No.  1:15-cr-00272 DAD-BAM-3 |
| 12              *Plaintiff,* | STIPULATION TO MODIFY DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE; |
| 13       vs. | ORDER |
| 14  JOSEPH ATTAWAY, | Judge: Hon. Barbara A. McAuliffe |
| 15              *Defendant.* | |

16

17      **IT IS HEREBY STIPULATED** by and between the parties hereto, through their

18  respective counsel, MELANIE L. ALSWORTH, Assistant United States Attorney, attorney for

19  the plaintiff, and JANET BATEMAN, Assistant Federal Defender, attorney for defendant,

20  JOSEPH ATTAWAY, that the conditions of his pretrial release in the above-captioned case may

21  be amended to reflect that Mr. Attaway's conditions may be modified.

22      Mr. Attaway's doctor and counselor have recommended that he engage in physical

23  exercise for his physical and mental well-being.  He requests permission to attend the Brenda

24  Athletic Club in Turlock, California, which is near his home, for physical exercise.  All visits to

25  the Brenda Athletic Club would be preapproved by his Pretrial Services Officer.

26  / / /

27  / / /

28  / / /

All other terms and conditions of probation previously imposed shall remain the same. Mr. Attaway's Pretrial Services Officer, Amaryllis Gonzalez, is in agreement with the proposed changes.

Dated: March 22, 2016                     Respectfuly submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney


                                    By:   /s/ *Melanie L. Alsworth*
                                          MELANIE L. ALSWORTH
                                          Assistant U.S. Attorney
                                          Attorneys for Plaintiff


Dated: March 22, 2016                     HEATHER E. WILLIAMS
                                          Federal Defender


                                    By:   /s/ Janet Bateman
                                          JANET BATEMAN
                                          Assistant Federal Defender
                                          Attorneys for Defendant
                                          JOSEPH ATTAWAY


**O R D E R**

The modification of pretrial release set forth in this stipulation IS HEREBY APPROVED.

IT IS SO ORDERED.

Dated:   **March 23, 2016**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE