PHILLIP A. TALBERT
Acting United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JOSEPH ATTAWAY,<br><br>Defendant | CASE NO. 1:15-CR-00272 AWl BAM<br><br>PROTECTIVE ORDER REGARDING DISCOVERY RELEASED TO DEFENDANT JOSEPH ATTAWAY |

**PROTECTIVE ORDER REGARDING DISCOVERY RELEASED**

**TO DEFENDANT JOSEPH ATTAWAY**

Upon oral motion of the United States, the Court finds and orders as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all recordings and statements of witnesses provided to or made available to Defendant Attaway and/or his stand-by counsel as part of discovery in this case or to comply with trial obligations pursuant to Title 18, United States Code, Section 3500 (the Jenck's Act), or to comply with Brady and Giglio obligations.

3. The government shall provide discovery directly to Defendant Attaway, and shall also provide copies of the same to appointed stand-by counsel. Defendant Attaway and appointed stand-by

counsel agree not to share any recordings, documents or statements of witnesses with anyone other than designated defense investigators and support staff.

4. Defendant Attaway and appointed stand-by counsel shall not disclose the identity of any witness or any information that may lead to the identification of the witnesses.

5. The discovery and information provided by the Government may only be used in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defendant Attaway and appointed stand-by counsel shall return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

6. Defendant Attaway and appointed stand-by counsel shall store the discovery in a secure place and shall use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

7. Defendant Attaway and appointed stand-by counsel shall be responsible for advising his respective employees, other members of the defense team, and defense witnesses of the contents of this Order.

8. In the event that the new stand-by counsel is appointed, undersigned stand-by counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO **ORDERED.**

DATED: 10/24, 2016

Honorable Barbara A. McAuliffe
United States Magistrate Judge