PHILLIP A. TALBERT
Acting United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

NOV 14 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH ATTAWAY,

Defendant

CASE NO. 1:15-CR-00272 AWI BAM

STIPULATION REGARDING DISCOVERY; AND PROTECTIVE ORDER, *by Stand-by Counsel James Homola for defendant Attaway*

**STIPULATION REGARDING DISCOVERY AND PROTECTIVE ORDER**

The United States of America, by and through PHILLIP A. TALBERT, Acting United States Attorney, and MELANIE L. ALSWORTH, Assistant United States Attorney, and JAMES HOMOLA, appointed stand-by counsel, hereby stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Stipulation and Order pertains to all recordings and statements of witnesses provided to or made available to stand-by counsel as part of discovery in this case and to comply with trial obligations pursuant to Title 18, United States Code, Section 3500 (the Jenck's Act), and to comply with Brady and Giglio obligations.

3. By signing this Stipulation, appointed stand-by counsel agrees not to share any recordings, documents or statements of witnesses with anyone other than designated defense investigators and support staff.

4. By signing this Stipulation, appointed stand-by counsel agree not to disclose the identity of any witness, nor to disclose any information that may lead to the identification of the witnesses.

5. The discovery and information provided by the Government may only be used in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Appointed stand-by counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

6. Appointed stand-by counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

7. Appointed stand-by counsel shall be responsible for advising his respective employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation/Order.

8. In the event that the new stand-by counsel is appointed, undersigned stand-by counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated: November 14, 2016

PHILLIP A. TALBERT
Acting United States Attorney

MELANIE L. ALSWORTH
Assistant United States Attorney

Dated: November 14, 2016

JAMES HOMOLA
Appointed Stand-by Counsel

**IT IS SO ORDERED.**

DATED: 11/14, 2016

Honorable Barbara A. McAuliffe
United States Magistrate Judge

PROTECTIVE ORDER                              2