# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>vs.<br>Joseph Wayne Attaway, II | Case No. 1:15-cr-00272-DAD-BAM-3 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Joseph Wayne Attaway, II, have discussed with Alicia Mirgain, Pretrial Services Officer, modifications of my release conditions as follows:

Remove the following condition(s) of release:

1. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include your enrollment into a voice identification software, and the availability of a residential telephone line installed and maintained at your own expense. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer.

2. CURFEW: You must remain inside your residence every day from 8:00 PM to 8:00AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

Reason for modification: Due to the defendant's compliance on Location Monitoring.

Pretrial Services concurs with the modification. All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_JOSEPH WAYNE ATTAWAY_  11/5/18     _Alicia Mirgain_  11/5/18
Signature of Defendant    Date        Signature of Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____  10/30/18
Signature of Assistant U.S. Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

ALL RIGHTS RESERVED
By: Attaway, Joseph Wayne                11/5/18
Signature of Defense Counsel             Date

CONSENT TO MODIFY CONDITIONS OF RELEASE
Attaway II, Joseph Wayne
Page 2

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on _November 6, 2018_

☐ The above modification of conditions of release is *not* ordered.

_____  _11/6/2018_
Judicial Officer Signature            Date