IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

~~JOSHUA~~ JOSEPH WAYNE ATTAWAY

Defendant.

CR NO: 1:15-CR-00272 DAD-BAM

FILED
JUL 24 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum     ☐ Ad Testificandum

Name of Detainee: Joshua Wayne Attaway
Detained at:
Detainee is:
a.) ☐ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: 21/846, 841(a)(1)-Conspiracy to Distribute and Possess With Intent To Distribute a Controlled Substance

or  b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☒ return to the custody of detaining facility upon termination of proceedings
or  b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on August 12, 2019 in the Eastern District of California.*

Signature: /s/ Melanie Alsworth
Printed Name & Phone No: Melanie Alsworth, 661/489-6147
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, August 12, 2019, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 7-24-19

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if
Booking or CDC #: BJ2396
Facility Address: 2100 Peabody Rd., Vacaville, CA 95687
Facility Phone: 707/451-0182
Currently

☒Male ☐Female
DOB:
Race:
FBI#:

## RETURN OF SERVICE

Executed on: _____
_____
(signature)