**FILED**

FEB 18 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case №: 1:15-CR-00272-3-DAD |
| Plaintiff, | **O R D E R** |
| vs. | **APPOINTING COUNSEL** |
| JOSEPH WAYNE ATTAWAY, II, | |
| Defendant. | |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he/she is financially unable to obtain counsel and wishes counsel be appointed to represent him on Appeal. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Gary Burcham be appointed to represent the above defendant in this case effective February 18, 2020.

This appointment shall remain in effect until further order of this court.

DATED: 2/18/2020

*Dale A. Drozd*
HON. DALE A. DROZD
United States District Judge

-1-