UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH ATTAWAY, II,<br><br>　　　　　Defendant. | No. 1:15-cr-00272-DAD-BAM (3)<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN DEFENDANT'S NOTICE<br><br>(Doc. No. 363) |

　　　　Pursuant to Local Rule 141(b), and based on the representations contained in defendant Joseph Attaway, II's request to seal, IT IS HEREBY ORDERED that defendant's Exhibit C to his motion for compassionate release pertaining and defendant's request to seal shall be SEALED until further order of this Court.

　　　　It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for the defendant.

　　　　The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in defendant's request, sealing the defendant's request and Exhibit C serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the defendant would be harmed. In light of the public filing of his notice to

/////

1

seal, the Court further finds that there are no additional alternatives to sealing defendant's request and Exhibit C that would adequately protect the compelling interests identified by defendant.

IT IS SO ORDERED.

Dated: __May 3, 2022__       _____
                              UNITED STATES DISTRICT JUDGE