UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:15CR0272-3-DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| | ) | SEALING DEFENDANT'S EXHIBITS |
| v. | ) | "E" – "F" SUBMITTED IN SUPPORT |
| | ) | OF HIS AMENDED MOTION FOR |
| JOSEPH ATTAWAY, II, | ) | COMPASSIONATE RELEASE |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's Exhibits "E" and "F" submitted in support of his amended motion for compassionate release be filed under seal.

IT IS SO ORDERED.

Dated: **June 9, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1