1 | MICHELE BECKWITH
Acting United States Attorney
2 | STEPHANIE M. STOKMAN
Assistant United States Attorneys
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5 | Attorneys for Plaintiff
United States of America

6

7 | IN THE UNITED STATES DISTRICT COURT

8 | EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,          CASE NO.  1:15-CR-00272-DAD

Plaintiff,          STIPULATION TO MOTION SCHEDULE;
11 |                    FINDINGS AND ORDER

v.
12

13 | JOSEPH WAYNE ATTAWAY, II,

Defendants.
14

15 | **STIPULATION**

16 | 1.     On June 5, 2025, defendant filed a motion in the above matter.  Dkt. 422.

17 | 2.     Based on the schedules of the parties, counsel agree and stipulate that the following

18 | motion schedule shall apply as to this motion:

19 |        a)     Opposition to motions shall be filed no later than July 9, 2025.

20 |        b)     Replies shall be filed no later than July 23, 2025.

21 | IT IS SO STIPULATED.

22

23 | Dated: June 16, 2025                    MICHELE BECKWITH
                                        Acting United States Attorney
24

25 |                                        /s/ STEPHANIE M. STOKMAN
                                        STEPHANIE M. STOKMAN
26 |                                        Assistant United States Attorney

27

28

STIPULATION TO MOTION SCHEDULE; FINDINGS AND      1
ORDER

1

2   Dated:  June 16, 2025

/s/ GARY P. BURCHAM

3

GARY P. BURCHAM
Counsel for Defendant
JOSEPH WAYNE ATTAWAY,
II

4

5

6

7                                    **FINDINGS AND ORDER**

8

IT IS SO ORDERED.

9

10  Dated:   **June 16, 2025**

*Dale A. Drozd*

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28