MICHELE BECKWITH
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00272-DAD-BAM-3 |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER; ORDER |
| v. | |
| JOSEPH WAYNE ATTAWAY, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On June 9, 2025, the defendant filed a motion for sentence reduction. Docket No. 422. The government's response is due on July 9, 2025. Docket No. 427.

2. Counsel for the government requests additional time to review recently received records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court reset the briefing schedule on the defendant's motion as follows:

    a) The government's response to the defendant's motion to be filed on or before July 23, 2025;

    b) The defendant's reply to the government's response to be filed on or before

August 6, 2025.

IT IS SO STIPULATED.

Dated:  July 9, 2025                    MICHELE BECKWITH
                                        Acting United States Attorney


                                        /s/ STEPHANIE M. STOKMAN
                                        STEPHANIE M. STOKMAN
                                        Assistant United States Attorney


Dated:  July 9, 2025                    /s/ GARY P. BURCHAM
                                        GARY P. BURCHAM
                                        Counsel for Defendant
                                        JOSEPH WAYNE ATTAWAY


**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 422, is due on or before July 23, 2025;

b) The defendant's reply to the government's response, if any, is due on August 6, 2025.

IT IS SO ORDERED.

Dated:  **July 10, 2025**                    _____
                                        DALE A. DROZD
                                        UNITED STATES DISTRICT JUDGE

STIPULATION RE BRIEFING SCHEDULE                2